1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   ILDA ELIAS, et al.,

10        Plaintiff(s),

11   vs.

12   QUALITY LOAN SERVICE CORP., et al.,

13        Defendant(s).

No. C 09-0314 MEJ

**ORDER VACATING MARCH 12, 2009 HEARING RE DEFENDANTS' MOTION TO DISMISS**

**ORDER TO SHOW CAUSE**

On January 30, 2009, the Defendants in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of March 12, 2009.  (Dkt. #6.)  Pursuant to Civil Local Rule 7, Plaintiffs' opposition or statement of non-opposition was due by February 19, 2009.  However, Plaintiffs failed to file an opposition. Accordingly, the Court hereby VACATES the March 12, 2009 motion to dismiss hearing and ORDERS Plaintiffs Ilda Elias and Juan Elias to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines.  Plaintiffs shall file a declaration by March 5, 2009, and the Court shall conduct a hearing on March 12, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

     **IT IS SO ORDERED.**

Dated: February 23, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge