United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILDA ELIAS, et al.,

        Plaintiffs,

  v.

QUALITY LOAN SERVICE CORP., et al.,

        Defendants

_____/

No. C 09-0314 MMC

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING ACTION**

Before the Court is Magistrate Judge Maria-Elena James's Report and Recommendation, by which Magistrate James recommends that the instant action be dismissed for failure to prosecute and failure to comply with court-ordered deadlines and an order to show cause. Plaintiffs, although served with the Report and Recommendation, filed no objection thereto.

Having reviewed the matter de novo, the Court, for the reasons expressed in the Report and Recommendation, hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the above-titled action is hereby DISMISSED.

The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: April 7, 2009

MAXINE M. CHESNEY
United States District Judge