IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILDA ELIAS, et al.,

        Plaintiffs,

  v.

QUALITY LOAN SERVICE CORP., et al.,

        Defendants.
                                     /

No. CV-09-0314 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the Court, for the reasons expressed in the Report and Recommendation, hereby ADOPTS the Report and Recommendation in its entirety. Accordingly, the above-titled action is hereby DISMISSED.

Dated: April 14, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk